Katherine Montgomery, Appellee, v. Checker Taxi Company and John McGregor, Appellants.
Checker Taxi Company, Appellant, v. John McGregor, Appellee.

Gen. No. 42,926.

opinion filed October 23, 1944; released for publication November 6, 1944. Braun & Brodie and Thomas J. Cavanagh, for certain appellant; Thomas J.

Cavanagh and William E. Corrigan, of counsel; Miller, Gorham, Wescott & Adams, for certain other appellant; Herbert C. De Young and Charles F. White, of counsel; James A. Dooley, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.